PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0242 KJM |
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| CHONDRA SHAW, SERGEY TKACHUK, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Paul A. Hemesath to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: Dec. 22, 2016

HONORABLE DEBORAH BARNES
United States Magistrate Judge