TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
CHONDRA SHAW

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>SHAW, et al.<br><br>           Defendant. | CASE NO. 2:16-CR-00242 KJM<br><br>**STIPULATION REGARDING MODIFICATION OF SPECIAL CONDITION OF RELEASE; FINDINGS AND ORDER** |

Defendant, CHONDRA SHAW, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. Special condition number 10 of Ms. Shaw's special conditions of release (ECF DOC #10) subjects Ms. Shaw to drug testing.

2. Pretrial officer Taifa Gaskins suggested that a request to modify the special conditions of release be submitted to delete the requirement that Ms. Shaw be drug tested. The basis of the request is that Ms. Shaw has been on supervision for three and a half years, has been on testing the entire duration of her supervision and has done well overall. She initially tested positive for marijuana, but the tests eventually began to return with negative results. The only other positive test results were due to prescribed medication. While on supervision, Ms. Shaw has consistently been either taking educational programs related to her work or working. She is not working now due to COVID-19. Officer Gaskins

reports that Ms. Shaw is responsive, respectful and pleasant in her interactions with pretrial services.

3. Paul Hemesath, counsel for the Government, has been advised of the proposed modification of condition #10 and has no objection.

By this stipulation, defendant now moves to have condition #10 amended as requested.

IT IS SO STIPULATED.

Dated:  August 17, 2020		McGregor Scott
					United States Attorney

					By:	/s/ Toni White for
					Paul Hemesath
					Assistant U.S. Attorney

					For the United States


Dated:  August 17, 2020		By:	/s/ Toni White
					TONI WHITE

					For Defendant Chondra Shaw


**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  August 24, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE