TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
CHONDRA SHAW

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>CHONDRA SHAW,<br><br>                   Defendants. | CASE NO. 2:16-CR-00242 KJM<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

      The defendant, Chondra Shaw, by and through her counsel, Toni White, the Government, by and through its counsel, Paul Hemesath, hereby stipulate as follows:

      1.      By previous order, this matter was set for status on November 15, 2021.

      2.      By this stipulation, defendants now move to continue the status conference until December 6, 2021,, and to exclude time between November 15, 2021, and December 6, 2021,, under Local Code T4.

      3.      The parties agree and stipulate, and request that the Court find the following:

            Defense counsel for Ms. Shaw has been in contact with counsel for the Government and a plea agreement has been issued. The parties are in the final round of discussions and are working on plea agreement language. Counsel and Ms. Shaw have been discussing the agreement and these discussions are ongoing. Defense counsel desires time to further consult with her client, to continue to discuss the case with counsel for

1  the Government, to review the current charges, to conduct investigation and research
2  related to the charges, to review the discovery, and to discuss potential resolutions
3  with her client and otherwise prepare for trial.
4      a)     Defense counsel believes that failure to grant the above-requested continuance
5  would deny her reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence.
7      b)     The government does not object to the continuance.
8      c)     Based on the above-stated findings, the ends of justice served by continuing
9  the case as requested outweigh the interest of the public and the defendant in a trial within
10  the original date prescribed by the Speedy Trial Act.
11      d)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
12  3161, et seq., within which trial must commence, the time period of November 15, 2021 to
13  December 6, 2021,, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),
14  B(iv) [Local Code T4] because it results from a continuance granted by the Court at
15  defendants' request on the basis of the Court's finding that the ends of justice served by
16  taking such action outweigh the best interest of the public and the defendant in a speedy trial.
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 10, 2021                PHILLIP TALBERT
                                         Acting United States Attorney

                                         By:/s/ Paul Hemesath
                                         PAUL HEMESATH
                                         Assistant U.S. Attorney
                                         For the United States


Dated:  November 10, 2021                By:    /s/ Toni White
                                         TONI WHITE
                                         For Defendant Chondra Shaw

ORDER

IT IS SO FOUND AND ORDERED.  The status conference set for November 15, 2021, is vacated and reset for December 6, 2021, at 9:00 a.m., the time between November 15, 2021, and December 6, 2021, is exclude under Local Code T4.

DATED:  November 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE