TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
CHONDRA SHAW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-00242 KJM |
| Plaintiff, | |
| v. | **FINDINGS AND ORDER SEALING SUPPLEMENT TO PLEA AGREEMENT** |
| CHONDRA SHAW | Date: April 4, 2022 |
| Defendant. | Time: 9:00 am. |
| | Dept: Honorable Judge Kimberly J. Mueller |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Chondra Shaw, IT IS HEREBY ORDERED that the Supplement to Defendant's Plea Agreement shall be SEALED until further order of this Court.

DATED: April 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE