TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
CHONDRA SHAW

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHONDRA SHAW<br><br>Defendant. | No. 2:16-CR-00242 KJM<br><br>[PROPOSED] ORDER SEALING PSYCHOLOGICAL EVALUATION AND SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Chondra Shaw, IT IS HEREBY ORDERED that the psychological evaluation and supplement to Defendant's Sentencing Memorandum filed as ECF DOC Number 168 shall be SEALED until further order of this Court.

Dated: 11/13/23

HONORABLE KIMBERLY J. MUELLER

1